UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**REVEREND JAMES SWARTZ,**

    **Plaintiff,**

v.                                             Case No.  8:10-cv-1722-T-30AEP

**WESTMINISTER SERVICES, INC.,
WESTMINSTER COMMUNITIES OF ST.
PETERSBURG, PALM SHORES
RETIREMENT COMMUNITY, INC.,
and DOES I THROUGH XX,**

    **Defendants.**
_____/

## **JUDGMENT**

Upon the parties' Joint Stipulation (Dkt. #11) made in honor of the memory of Reverend Frances P. Swartz, it is ADJUDGED that Defendants named herein shall adopt, implement and utilize the following policy for each of the communities operated by them:

**Westminster Communities of Florida
Management Standard for Assistive Devices in Residential Living Dining Rooms**

State and local fire marshals help define safe or unsafe practices in our communities. Historically and universally, their counsel has been to keep dining room pathways clear of obstructions, thus facilitating quick egress in an emergency.  We recognize that our communities also have obligations to provide equal access to disabled persons under the federal ADA statute and to make reasonable accommodations in order to fulfill these obligations.

• In the independent residential dining rooms, the organization facilitates quick egress for residents and provides for accessibility and reasonable accommodation for disabled residents, by asking residents who use assistive devices, such as wheelchairs, walkers, etc., and who are able, to transfer to chairs, so that assistive devices may be relocated to safe areas.

• If independent residents are confined to an assistive device and unable to transfer to chairs due to disability, the residents will be assigned to particular tables in the independent residential dining room, in areas that ensure safe ingress/egress for all residents in the event of emergency evacuations.

• In the event the independent residential dining room is filled to maximum capacity, and space is unavailable to safely accommodate additional independent residents, the independent residents may take their meals in the residential assisted living dining room. This policy will apply equally to individuals with assistive devices and those without assistive devices.

**DONE** and **ORDERED** in Tampa, Florida on December 8, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-1722.judgment 11.frm