UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REVEREND JAMES SWARTZ,

    Plaintiff,

v.        Case No.  8:10-cv-1722-T-30AEP

WESTMINISTER SERVICES, INC., et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Notice of Dismissal With Prejudice (Dkt. #16).  Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on March 15, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1722.dismiss 16.wpd